**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| IN RE: | Case Number |
|---|---|
| Craig Lindquist | 20-11557-13 |
| Debtor | |

**NOTICE AND MOTION TO DISMISS**

Standing Chapter 13 Trustee, Mark Harring brings on this motion and respectfully represents:

1. Debtor filed a petition for relief under chapter 13 of the United States Bankruptcy Code on June 12, 2020.

2. The debtor is in default under section 1326(a)(1) which requires that, the first payment is due 30 days after the date of filing the plan or the order for relief whichever is earlier. ALL PAYMENTS MUST BE SENT TO : MARK HARRING, TRUSTEE, OFFICE OF CHAPTER 13 TRUSTEE, PO BOX 88004, CHICAGO, IL 60680-1004

WHEREFORE your movant requests an order directing the dismissal of the above-captioned chapter 13 proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before August 3, 2020** if you wish to contest this motion. Any objection or request for hearing that you file must be filed with the court at the address listed below. If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

Dated:  July 13, 2020         /s/  Mark Harring
                              Standing Chapter 13 Trustee

The Court's Address is:

United States Bankruptcy Court
120 N Henry St
Room 340
Madison, WI 53703-2559

This copy of notice sent to:

United States Bankruptcy Court
120 N Henry St
Room 340
Madison, WI 53703-2559

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE: | Case Number |
| Craig Lindquist | 20-11557-13 |
| Debtor | |

**CERTIFICATE OF SERVICE**

I, Jacob Richardson, state that on July 13, 2020 I deposited in the U.S. Mail a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served via the CM/ECF System sponsored by the Court.

United States Bankruptcy Court
120 N Henry St
Room 340
Madison, WI 53703-2559

ATTORNEY KRISTIN J. SEDERHOLM
KREKELER STROTHER SC
2901 W BELTLINE HWY, STE. 301
MADISON, WI 53713

Craig Lindquist
13 Silver Street
Hurley  WI  54534

I certify under penalty of perjury that the foregoing is true and correct

/s/  Jacob Richardson
Office of the Standing Chapter 13  Trustee