# Mark Harring

Standing Chapter 12 & 13 Trustee

**Mail CORRESPONDENCE to:**

131 W Wilson St. Ste 1000
Madison, WI 53703-3260
Phone: (608) 256-4320
Fax:    (608) 256-2355
Website:  http://www.ch13wdw.org

**Mail Chapter 13 PAYMENTS to :**
Please write case # on all payments
MARK HARRING CH 13 TRUSTEE
P.O. BOX 88004
CHICAGO, IL 60680 -1004

Email:  info@ch13wdw.org

July 22, 2020

Honorable Catherine J. Furay
U.S. Bankruptcy Court Judge
120 N Henry
Madison, WI 53703-2599

Re:     Craig Lindquist
        Case # 20-11557-13

Dear Judge Furay:

A Motion to Dismiss was filed in this case on July 13, 2020, due to missing the first plan payment.
Please be advised our office has now received the debtor's first payment, therefore we are
withdrawing the Motion to Dismiss.

If you have any questions or need anything further please feel free to contact our office.

Sincerely,

/s/
Mark Harring
Standing Chapter 13 Trustee

MWH /cj

cc:     Craig Lindquist
        ATTORNEY KRISTIN J. SEDERHOLM