# U.S. BANKRUPTCY COURT
## Western District of Wisconsin
### SECTION 341 MEETING PROCEEDING MEMO AND STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

Name: Craig Lindquist                                           Case #  20-11557

Debtor Information:                                             Spouse Information:
  SS#:  XXX-XX-8579                                               SS#:
  Addr:  13 Silver Street                                          Addr:
         Hurley, WI 54534
  County:  IRON                                                   County:

Debtor's Attorney:  KRISTIN J. SEDERHOLM                Date Filed:        06/12/2020
341 Meeting Date:  08/06/2020    Adjourned 341 Date:     Schedules Filed:
Tape #:  _____                                          Plan Filed:        07/06/2020
                                                         Amd Plan Filed:    07/06/2020

**Appearances:**  Debtor:    Y; ID/SSN verified
                  Attorney:  Y
                  Creditors: N

**1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:**

   A. New Employment:  _____
   B. New Address:
   C. Other:           _____
                       _____

**2. ELIGIBILITY / DEBT ANALYSIS:**

   A. Eligible under Section 109(e)?    Y

   B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney | 3,310.00 |
| Refund | 0.00 |
| Secured | 127,260.01 |
| Priority | 12,000.00 |
| Unsecured | 104,150.14 |
| Case Costs | 0.00 |
| Total Debt | 246,720.15 |

   C. Does Debtor have Regular Income?    Y

   D. Prior Bankruptcies:  _____

   E. DSO's:   Y _____   N _____
              _____

   F. Tax Returns
              _____

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Refund Amt | State Tax Return Received On | Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | 30,086.00 | -347.00 | | -435.00 | | 88.00 | 0.00 | 0.00 | 0.00 |

### G. Self Employment

| | |
|---|---|
| Is Debtor Self Employed? | Y |
| Does Debtor Incur Trade Debt? | N |
| Did Debtor Complete Business Trade Questionnaire? | Y |
| Will a Monthly Operating Report be Required? | Y _____ N _____ |

**3. MONTHLY BUDGET:**

| | | | | |
|---|---|---|---|---|
| Budgeted Income | 6053.50 | Available for Plan | 1922.03 |
| Budgeted Expenses | 4131.47 | Plan Payments | 1891.63 |
| Available for Plan | 1922.03 | Excess | 30.40 |

A. Does Budget appear reasonable?    N

-SCH J INCLUDES RE TAXES FOR 2 PROPERTIES BUT ONLY 1 PROPERTY WILL BE RETAINED
-$539/MO PROPERTY INSURANCE - WILL THIS GO DOWN ONCE BUSINESS IS SOLD?  Yes, goes down about $400.00/mo.
-BUSINESS BUDGET PROVIDED for SALOON, HOWEVER MN PROPERTY IS INDICATED AS FARMLAND, INCOME/RENT?  Rarely, doesn't expect income from farmland.  Mostly forest land

B. Means Test:  Is all disposable income applied?  (Sec 1325(b)(1)(B))    Y

-MEANS TEST BUSINESS INCOME IS $3900/MO LESS THAN SCH I, WHY?  COVID-19 interrupted income from the first 6 months of the year.
-$1000/MO DSO PYMTS BUT NO DEPENDENTS LISTED -  Maintenance for another 4 years.

C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6)) Y

-ONLY INCOME FOR DEBTOR COMES FROM SALOON TO BE SOLD, HOW WILL DEBTOR FUND PAYMENTS ONCE THAT HAPPENS?  He will need to find a job.

**4. PLAN:**

A. Number of months the Plan is expected to last:    60

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 7/12/2020 | 8/11/2020 | 100.00 | MONTHLY | DEBTOR |
| 8/12/2020 | 7/11/2025 | 1,922.00 | MONTHLY | DEBTOR |

B. Total to be paid into the Plan:           113498.00

C. Approximate percentage to Unsecureds:     11

D. Source of Income:    SELF EMPLOYED, G&L ENTERPRISED OF HURLEY LLC D/B/A FULL MOON SALOON

   Spouse income:    _____

E. Wage Order Sent To:  DEBTOR

F. Payments received to Date:    $100.00
   Will debtor commence payments within 30 days after the plan has been filed?    Y

G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3))Y
   If "No", plan cannot be confirmed.

H. Attorney Fee Requested    4500.00         Paid to Date:    1190.00
   Balance Due Under Plan         3310.00   Approximate months to pay:    3.00
       Trustee recommends amount requested?    Y
       If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?    N
   -TO SELL HOME/COMMERICAL PROPERTY IN HURLEY AND VACANT LAND, STATUS? NOT CLEAR HOW WADENA STATE BK TO BE PAID, $0 ON BUDGET AND PLAN INDICATES BOTH DIRECT AND THRU PLAN. - RE tax direct and non homestead thru plan.  Working with 2 potential buyers for the commerical property.  Vacant land has not yet been listed.  Real estate taxes paid direct.

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5))Y
   _____

K. Does the plan provide for full payment of Priority Debt?    N
   IRS CLAIM INDICATES 2019 RETURN NOT FILED

L. Was a Liquidation
   Analysis Provided By the               Under Chapter 7                          Under Chapter 13
   Debtor? (Sec 1325(a)(5))   Assets:              273840.28   Total Paid To Plan:           113498.00
   N                          Admin, Security:                A.S.P. Debt:       142570.01
   Unsecureds Do Better       Priority (ASP)       142570.01   Less Direct:            0.00   142570.01
   Under Chapter:  7          Exemptions:          107413.56   Trustee Fee on Net A.S.P:      15841.11
                              Available for UnSec:  23856.71   Amt Avail for Unsec:          -44913.12

## 5. CLAIMS AND OBJECTIONS

### Direct Claims

WADENA STATE BANK              Scheduled for:         0.00    Filed for:    0.00
Claim Ref Number:       8      Scheduled as:   DIRECT         Filed as:    Not Filed
Reason:    MTGE-40 ACRES VACANT LAND-54273 310TH ST           Filed date:
Objection Filed?  No

### Secured

OTTER TRAIL CO TREASURER       Scheduled for:        758.00   Filed for:    0.00
Claim Ref Number:       6      Scheduled as:   Secured        Filed as:    Not Filed
Reason:    RE TAXES-40 ACRES W/ IMPROVEMENTS-54273 310TH ST   Filed date:
Objection Filed?  No

| Creditor / Info | Scheduled for | Scheduled as | Filed for | Filed as | Filed date |
|---|---|---|---|---|---|
| CITY OF HURLEY TREASURER | 2,630.36 | Secured | 0.00 | Not Filed | |
| Claim Ref Number: 5 | | | | | |
| Reason: RE TAXES-13 SILVER ST | | | | | |
| Objection Filed? No | | | | | |
| WADENA STATE BANK | 123,871.65 | Secured | 0.00 | Not Filed | |
| Claim Ref Number: 7 | | | | | |
| Reason: MTGE-40 ACRES W/ IMPROVEMENTS-54273 310TH ST | | | | | |
| Objection Filed? No | | | | | |

**Priority**

| Creditor / Info | Scheduled for | Scheduled as | Filed for | Filed as | Filed date |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 0.00 | Priority | 5,000.00 | Priority | 6/23/2020 |
| Claim Ref Number: 35 | | | | | |
| Reason: EST/NOT FILED 2019 INCOME TAXES PER CLAIM | | | | | |
| Objection Filed? No | | | | | |
| WI DEPT OF REVENUE | 2,000.00 | Priority | 0.00 | Not Filed | |
| Claim Ref Number: 10 | | | | | |
| Reason: 9/30/19-3/31/20 SALES & USE TAX-TRADE DEBT | | | | | |
| Objection Filed? No | | | | | |
| MONICA LINDQUIST | 10,000.00 | Priority | 0.00 | Not Filed | |
| Claim Ref Number: 9 | | | | | |
| Reason: SPOUSAL MAINTENANCE ARREARS | | | | | |
| Objection Filed? No | | | | | |

**7**

| Creditor / Info | Scheduled for | Scheduled as | Filed for | Filed as | Filed date |
|---|---|---|---|---|---|
| US BANKRUPTCY COURT | 0.00 | Case Costs | 0.00 | Not Filed | |
| Claim Ref Number: 2 | | | | | |
| Reason: | | | | | |
| Objection Filed? No | | | | | |

**8**

| Creditor / Info | Scheduled for | Scheduled as | Filed for | Filed as | Filed date |
|---|---|---|---|---|---|
| DEBTOR | | Refund | | Refund | 6/12/2020 |
| Claim Ref Number: 3 | | | | | |
| Reason: | | | | | |
| Objection Filed? No | | | | | |
| DEBTOR | 0.00 | Refund | 0.00 | Not Filed | |
| Claim Ref Number: 4 | | | | | |
| Reason: | | | | | |
| Objection Filed? No | | | | | |

**Attorney**

| Creditor / Info | Scheduled for | Scheduled as | Filed for | Filed as | Filed date |
|---|---|---|---|---|---|
| KRISTIN J. SEDERHOLM | 3,310.00 | Attorney | | Not Filed | |
| Claim Ref Number: 1 | | | | | |
| Reason: | | | | | |
| Objection Filed? No | | | | | |

## 6. TRUSTEE RECOMMENDATIONS:

Does Trustee Recommend Confirmation?    N

Trustee Comments:

{ 3A, 4I, 4K }
- Missing: mortgage docs (both properties) & 2019 taxes.
- SCH J INCLUDES RE TAXES FOR 2 PROPERTIES BUT ONLY 1 PROPERTY WILL BE RETAINED
- NOT CLEAR HOW WADENA STATE BK TO BE PAID, $0 ON BUDGET AND PLAN INDICATES BOTH DIRECT AND THRU PLAN. -
- IRS CLAIM INDICATES 2019 RETURN NOT FILED

Date Completed:    08/10/2020

/s/
Mark Harring
Standing Chapter 13 Trustee