# U.S. BANKRUPTCY COURT
## Western District of Wisconsin
### SECTION 341 MEETING PROCEEDING MEMO AND STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

Name: Craig Lindquist                               Case #  20-11557

Debtor Information:                                 Spouse Information:
 SS#:  XXX-XX-8579                                   SS#:
 Addr: 13 Silver Street                              Addr:
       Hurley, WI 54534
 County: IRON                                        County:

Debtor's Attorney: KRISTIN J. SEDERHOLM              Date Filed:      06/12/2020
341 Meeting Date: 08/06/2020    Adjourned 341 Date:  Schedules Filed:
Tape #: _____                                       Plan Filed:      07/06/2020
                                                     Amd Plan Filed:  07/06/2020

**Appearances:**  Debtor:    Y; ID/SSN verified
                  Attorney:  Y
                  Creditors: N

**1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:**

  A. New Employment: _____
  B. New Address:
  C. Other:          _____
                     _____

**2. ELIGIBILITY / DEBT ANALYSIS:**

  A. Eligible under Section 109(e)?    Y

  B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney   | 3,310.00 |
| Refund     | 0.00 |
| Secured    | 127,260.01 |
| Priority   | 12,000.00 |
| Unsecured  | 104,150.14 |
| Case Costs | 0.00 |
| Total Debt | 246,720.15 |

  C. Does Debtor have Regular Income?    Y

  D. Prior Bankruptcies: _____

  E. DSO's:   Y _____   N _____
              _____

  F. Tax Returns
              _____

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Refund Amt | State Tax Return Received On | Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | 30,086.00 | -347.00 | | -435.00 | | 88.00 | 0.00 | 0.00 | 0.00 |

**G. Self Employment**

   Is Debtor Self Employed?      Y

   Does Debtor Incur Trade Debt?      N

   Did Debtor Complete Business Trade Questionnaire?      Y

   Will a Monthly Operating Report be Required?      Y _____ N _____

**3. MONTHLY BUDGET:**

| | | | |
|---|---|---|---|
| Budgeted Income | 6053.50 | Available for Plan | 1922.03 |
| Budgeted Expenses | 4131.47 | Plan Payments | 1891.63 |
| Available for Plan | 1922.03 | Excess | 30.40 |

  A. Does Budget appear reasonable?    N

    -SCH J INCLUDES RE TAXES FOR 2 PROPERTIES BUT ONLY 1 PROPERTY WILL BE RETAINED
    -$539/MO PROPERTY INSURANCE - WILL THIS GO DOWN ONCE BUSINESS IS SOLD?  Yes, goes down about $400.00/mo.
    -BUSINESS BUDGET PROVIDED for SALOON, HOWEVER MN PROPERTY IS INDICATED AS FARMLAND, INCOME/RENT?  Rarely, doesn't expect income from farmland.  Mostly forest land

  B. Means Test:  Is all disposable income applied?  (Sec 1325(b)(1)(B))    Y

    -MEANS TEST BUSINESS INCOME IS $3900/MO LESS THAN SCH I, WHY?  COVID-19 interrupted income from the first 6 months of the year.
    -$1000/MO DSO PYMTS BUT NO DEPENDENTS LISTED -  Maintenance for another 4 years.

  C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6)) Y

    -ONLY INCOME FOR DEBTOR COMES FROM SALOON TO BE SOLD, HOW WILL DEBTOR FUND PAYMENTS ONCE THAT HAPPENS?  He will need to find a job.

**4. PLAN:**

  A. Number of months the Plan is expected to last:    60

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 7/12/2020 | 8/11/2020 | 100.00 | MONTHLY | DEBTOR |
| 8/12/2020 | 7/11/2025 | 1,922.00 | MONTHLY | DEBTOR |

B. Total to be paid into the Plan:            113498.00

C. Approximate percentage to Unsecureds:      11

D. Source of Income:    SELF EMPLOYED, G&L ENTERPRISED OF HURLEY LLC D/B/A FULL MOON SALOON

   Spouse income:    _____

E. Wage Order Sent To:  DEBTOR

F. Payments received to Date:    $100.00
   Will debtor commence payments within 30 days after the plan has been filed?    Y

G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3)) Y
   If "No", plan cannot be confirmed.

H. Attorney Fee Requested    4500.00        Paid to Date:   1190.00
   Balance Due Under Plan          3310.00  Approximate months to pay:   3.00
       Trustee recommends amount requested?    Y
       If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?    N
   -TO SELL HOME/COMMERICAL PROPERTY IN HURLEY AND VACANT LAND, STATUS? NOT CLEAR HOW WADENA STATE BK TO BE PAID, $0 ON BUDGET AND PLAN INDICATES BOTH DIRECT AND THRU PLAN. - RE tax direct and non homestead thru plan.  Working with 2 potential buyers for the commerical property.  Vacant land has not yet been listed.  Real estate taxes paid direct.

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5)) Y
   _____

K. Does the plan provide for full payment of Priority Debt?    N
   IRS CLAIM INDICATES 2019 RETURN NOT FILED

L. Was a Liquidation
   Analysis Provided By the           Under Chapter 7                          Under Chapter 13
   Debtor? (Sec 1325(a)(5))   Assets:            273840.28    Total Paid To Plan:         113498.00
           N                  Admin, Security:                A.S.P. Debt:     142570.01
   Unsecureds Do Better       Priority (ASP)     142570.01    Less Direct:          0.00  142570.01
   Under Chapter:   7         Exemptions:        107413.56    Trustee Fee on Net A.S.P:    15841.11
                              Available for UnSec:  23856.71  Amt Avail for Unsec:         -44913.12

## 5. CLAIMS AND OBJECTIONS

### Direct Claims

WADENA STATE BANK                Scheduled for:           0.00    Filed for:    0.00
Claim Ref Number:       8        Scheduled as:   DIRECT          Filed as:    Not Filed
Reason:    MTGE-40 ACRES VACANT LAND-54273 310TH ST               Filed date:
Objection Filed?  No

### Secured

OTTER TRAIL CO TREASURER         Scheduled for:         758.00   Filed for:    0.00
Claim Ref Number:       6        Scheduled as:   Secured         Filed as:    Not Filed
Reason:    RE TAXES-40 ACRES W/ IMPROVEMENTS-54273 310TH ST       Filed date:
Objection Filed?  No

| | | | | | |
|---|---|---|---|---|---|
| CITY OF HURLEY TREASURER | | Scheduled for: | 2,630.36 | Filed for: | 0.00 |
| Claim Ref Number: | 5 | Scheduled as: | Secured | Filed as: | Not Filed |
| Reason: RE TAXES-13 SILVER ST | | | | Filed date: | |
| Objection Filed? No | | | | | |
| WADENA STATE BANK | | Scheduled for: | 123,871.65 | Filed for: | 0.00 |
| Claim Ref Number: | 7 | Scheduled as: | Secured | Filed as: | Not Filed |
| Reason: MTGE-40 ACRES W/ IMPROVEMENTS-54273 310TH ST | | | | Filed date: | |
| Objection Filed? No | | | | | |

**Priority**

| | | | | | |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | Scheduled for: | 0.00 | Filed for: | 5,000.00 |
| Claim Ref Number: | 35 | Scheduled as: | Priority | Filed as: | Priority |
| Reason: EST/NOT FILED 2019 INCOME TAXES PER CLAIM | | | | Filed date: | 6/23/2020 |
| Objection Filed? No | | | | | |
| WI DEPT OF REVENUE | | Scheduled for: | 2,000.00 | Filed for: | 0.00 |
| Claim Ref Number: | 10 | Scheduled as: | Priority | Filed as: | Not Filed |
| Reason: 9/30/19-3/31/20 SALES & USE TAX-TRADE DEBT | | | | Filed date: | |
| Objection Filed? No | | | | | |
| MONICA LINDQUIST | | Scheduled for: | 10,000.00 | Filed for: | 0.00 |
| Claim Ref Number: | 9 | Scheduled as: | Priority | Filed as: | Not Filed |
| Reason: SPOUSAL MAINTENANCE ARREARS | | | | Filed date: | |
| Objection Filed? No | | | | | |

**7**

| | | | | | |
|---|---|---|---|---|---|
| US BANKRUPTCY COURT | | Scheduled for: | 0.00 | Filed for: | 0.00 |
| Claim Ref Number: | 2 | Scheduled as: | Case Costs | Filed as: | Not Filed |
| Reason: | | | | Filed date: | |
| Objection Filed? No | | | | | |

**8**

| | | | | | |
|---|---|---|---|---|---|
| DEBTOR | | Scheduled for: | | Filed for: | |
| Claim Ref Number: | 3 | Scheduled as: | Refund | Filed as: | Refund |
| Reason: | | | | Filed date: | 6/12/2020 |
| Objection Filed? No | | | | | |
| DEBTOR | | Scheduled for: | 0.00 | Filed for: | 0.00 |
| Claim Ref Number: | 4 | Scheduled as: | Refund | Filed as: | Not Filed |
| Reason: | | | | Filed date: | |
| Objection Filed? No | | | | | |

**Attorney**

| | | | | | |
|---|---|---|---|---|---|
| KRISTIN J. SEDERHOLM | | Scheduled for: | 3,310.00 | Filed for: | |
| Claim Ref Number: | 1 | Scheduled as: | Attorney | Filed as: | Not Filed |
| Reason: | | | | Filed date: | |
| Objection Filed? No | | | | | |

## 6. TRUSTEE RECOMMENDATIONS:

Does Trustee Recommend Confirmation?    N

_____

Trustee Comments:

{ 3A, 4I, 4K }
- Missing: mortgage docs (both properties) & 2019 taxes.
- SCH J INCLUDES RE TAXES FOR 2 PROPERTIES BUT ONLY 1 PROPERTY WILL BE RETAINED
- NOT CLEAR HOW WADENA STATE BK TO BE PAID, $0 ON BUDGET AND PLAN INDICATES BOTH DIRECT AND THRU PLAN. -
- IRS CLAIM INDICATES 2019 RETURN NOT FILED

Date Completed:    08/10/2020

/s/ _____
Mark Harring
Standing Chapter 13 Trustee