# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

*In re:*

**Craig Lindquist**

Case No. 20-11557-bhl

Debtor

## DEBTOR'S OBJECTION TO CLAIM NO. 1 FILED BY INTERNAL REVENUE SERVICE

Craig Lindquist, the debtor herein, objects to the following claim:

| **CLAIMANT** | **AMOUNT** | **CLASSIFICATION** | **RATE** |
|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(Claim 1) | $5,000.00 | Priority | 0% |

The grounds for the objection to the above claim are contained in the Affidavit in Support of Objection to Claim attached hereto.

**WHEREFORE,** the Debtor requests that the Court enter an order disallowing said claim, in whole or in part, as more fully set forth in the attached Affidavit or, in the alternative, request the Court to set a time and place for a hearing on Debtor's objection.

Dated this 6 day of October, 2020

KREKELER STROTHER, S.C.

By: /s/ Kristin J. Sederholm
Kristin J. Sederholm
State Bar No. 1001895
Attorneys for Debtor,
Craig Lindquist

ADDRESS:
2901 West Beltline Hwy., Ste. 301
Madison, WI 53713
ksederho@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

*In re:*

Craig Lindquist

Case No. 20-11557-bhl

Debtor

**AFFIDAVIT IN SUPPORT OF DEBTOR'S OBJECTION TO CLAIM NO. 1 FILED BY INTERNAL REVENUE SERVICE**

STATE OF ~~WISCONSIN~~ MN )
) ss.
COUNTY OF Lake )

I, Craig Lindquist, being first duly sworn on oath depose and say as follows:

1. I am the Debtor in the above-entitled action, and I make this Affidavit in support of the Objection to Claim Number 1 of the Internal Revenue Service.

2. I filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on June 12, 2020.

3. I have reviewed the Proof of Claim No. 1, filed by Internal Revenue Service on June 23, 2020.

4. The Internal Revenue Service proof of claim shows a priority, unsecured balance for the tax year 2019 of $5,000.

5. I filed by 2019 federal tax return in August 2020. The filed tax return shows I owe $1,843.00.

6. My complete, filed 2019 federal tax return was submitted to the standing trustee, Mark Herring's office by Krekeler Strother, SC.

By: *(signature)*
Craig Lindquist

Subscribed and sworn to before me
This 6th day of October, 2020

*(signature)* Debra Ruberg
\*
Notary Public, State of Wisconsin
My Commission expires: 1-31-2021

DEBRA A. RUBERG
Notary Public
Minnesota
My Commission Expires Jan. 31, 2021

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

*In re:*

**Craig Lindquist**

Case No. 20-11557-bhl

Debtor

## NOTICE OF DEBTOR'S OBJECTION TO CLAIM NO. 1 FILED BY INTERNAL REVENUE SERVICE

**PLEASE TAKE NOTICE** that the above-named Debtor, Craig Lindquist, by his attorneys, Krekeler Strother, S.C., has filed papers with the Court requesting that the Court issue an order disallowing Claim No. 1 filed by the Internal Revenue Services, in whole or in part, all as more particularly described in the Debtor's Objection to Claim attached hereto.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to eliminate or change your claim, then on or before thirty (30) days from this Notice, you or your attorney must:

File with the Court a written objection and request for hearing, explaining your objection to Debtor's Objection to Claim at:

United States Bankruptcy Court
120 North Henry Street
Madison, WI 53703

If you mail your objection to the Court for filing, you must mail it early enough, so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

U.S. Trustee
780 Regent Street, Suite 304A
Madison, WI 53715

Attorney Kristin J. Sederholm
Krekeler Strother, S.C.
2901 West Beltline Hwy., Suite 301
Madison, WI 53713

Trustee Mark Harring
131 West Wilson Street, Suite 1000
Madison, WI 53703-3260

If you or your attorney does not take these steps, the Court may decide that you do not oppose the Debtor's Objection to Claim and, therefore, the Court may enter an order disallowing said claim, in whole or in part, all as more fully set forth in the attached Objection.

**WHEREFORE,** Debtor Craig Lindquist requests that the Court enter an order disallowing the claim of the Internal Revenue Service, in whole or in part, all as more fully set forth in the attached Objection or, in the alternative, requests the Court to set a time and place for a hearing on Debtor's objection.

Dated this __6__ day of October, 2020

KREKELER STROTHER, S.C.

By: _____
Kristin J. Sederholm
State Bar No. 1001895
Attorneys for Debtor,
Craig Lindquist

ADDRESS:
2901 West Beltline Hwy., Ste. 301
Madison, WI 53713
ksederho@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

*In re:*

**Craig Lindquist**                                           Case No. 20-11557-bhl

Debtor

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN   )
                     )   ss.
COUNTY OF DANE       )

The undersigned, being first duly sworn on oath, deposes and says that on October 7, 2020, the Notice of Debtor's Objection to Claim, Debtor's Objection to Claim, Affidavit in Support of Debtor's Objection to Claim, and Proposed Order, were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

Office of the United States Trustee         Trustee Mark Harring
780 Regent Street, Suite 304A               131 West Wilson Street, Suite 1000
Madison, WI 53715                           Madison, WI 53703-3260

The undersigned, being first duly sworn on oath, deposes and says that on October 7, 2020, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of Notice of Debtor's Objection to Claim, Debtor's Objection to Claim, Affidavit in Support of Debtor's Objection to Claim, and Proposed Order to:

Internal Revenue Service                    Craig Lindquist
PO Box 7346                                 13 Silver Street
Philadelphia, PA 19101-7346                 Hurley, WI 54534

By: _____
    Eddie Sanchez

Subscribed and sworn to before me
This 7th day of October, 2020

_____
Abigail N. Haberkorn
Notary Public, State of Wisconsin
My Commission expires: 02/20/2021

Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
ATTN: Bankruptcy Unit, MS 5-144
P.O. Box 8901
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Workers' Compensation
P.O. Box 7948
Madison, WI 53708-8191

US Attorneys Office for the Western
District of Wisconsin
222 West Washington Avenue
Suite 700
Madison, WI 53703

Alliance Collection Agencies
3916 S. Business Park Ave
PO Box 1267
Marshfield, WI 54449-7267

Alliance Collection Agencies, Inc.
3916 S. Business Park Ave.
PO Box 1267
Marshfield, WI 54449-7267

Ashlie Patnode
c/o Attorney Larry A. Johnson
Hawks Quindel SC
222 E Erie St Ste 210, PO Box 442
Milwaukee, WI 53201

Aspirus Grand View Health
N10561 Grand View Lane
Ironwood, MI 49938

Aspirus Grand View Health System
2200 Westwood Dr.
Wausau, WI 54401

Attorney Larry A. Johnson
Hawks Quindel SC
222 E Erie St., Ste. 210
PO Box 442
Milwaukee, WI 53201

Attorney Travis Jaames West
West & Dunn
PO Box 37
Waunakee, WI 53597

Badger Liquor
PO Box 1137
Fond Du Lac, WI 54936

Cabelas Club
c/o Capital One
PO Box 60599
City of Industry, CA 91716

Capital One - Spark
PO Box 6492
Carol Stream, IL 60197-6482

Citi Card
P.O Box 6500
Sioux Falls, SD 57117

City of Hurley Treasurer
405 5th Avenue N
Hurley, WI 54534

City of Hurley Water/Sewer Utility
405 5th Ave N
Hurley, WI 54534

Discover
Inquiry
PO Box 30943
Salt Lake City, UT 84130

Dr Stanley W. Gresham
212 E. Aurora St.
Ironwood, MI 49938

G & L Enterprises of Hurley LLC
dba Full Moon Saloon
13 Silver St.
Hurley, WI 54534-1249

Gappa Oil Co - Dick's Standard
PO Box 345
Parkers Prairie, MN 56361

General Beer Northwoods
120 Jack Frost Street
Eagle River, WI 54521

General Beverage Oshkosh
PO Box 2728
Oshkosh, WI 54903-2728

Gobebic Range
E5917 US Highway 2
Ironwood, MI 49938

Lake Region Electric Cooperative
PO Box 643
Pelican Rapids, MN 56572

Marsha Anthony
c/o Attorney Larry A. Johnson
Hawks Quindel SC
222 E Erie St Ste 210, PO Box 442
Milwaukee, WI 53201

Marshfield Clinic
1000 N. Oak Ave.
Marshfield, WI 54449

Menards
Capital One Retail Services
PO Box 30257
Salt Lake City, UT 84130-0257

Monica Lindquist


Monica Rhea Lindquist
104 Edgewood Street, Apt. 22
New York Mills, MN 56567

Monica Rhea Lindquist - Former Spouse
104 Edgewood Street, Apt. 22
New York Mills, MN 56567

Neva Dull
c/o Attorney Larry A. Johnson
Hawks Quindel SC
222 E Erie St Ste 210, PO Box 442
Milwaukee, WI 53201

North Lakes Community Clinic
7665 US Highway 2
Iron River, WI 54847

Otter Trail County Treasurer
570 Fir Avenue West
Fergus Falls, MN 56537

Phil Sutherland
106 Wildwood Avenue
Birchwood, MN 55110

Tasha Swanson
c/o Attorney Larry A. Johnson
Hawks Quindel SC
222 E Erie St Ste 210, PO Box 442
Milwaukee, WI 53201

Wadena State Bank
PO Box 191
Wadena, MN 56482

West & Dunn
114 E Main St Ste 211
PO Box 37
Waunakee, WI 53597

Wisconsin Dept of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Xcel Energy
P.O. Box 8
Eau Claire, WI 54702